UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEDIABIDS.COM, INC. | ) | |
| | ) | |
| Plaintiff | ) | 3:01CV708 (AWT) (DFM) |
| | ) | |
| v. | ) | |
| | ) | |
| EMPIRE SOLUTIONS, INC. AND | ) | |
| DELL COMPUTER CORPORATION | ) | |
| | ) | |
| Defendants | ) | April 9, 2004 |

**MOTION TO VOID JUDGMENT**
**BASED ON PERFORMANCE OF STIPULATION OBLIGATIONS**

Defendant EMPIRE SOLUTIONS, INC. , moves this court as follows:

1) On June 25, 2003, a judgment dismissing the above action was entered in this Court. Due to an agreement between the parties in accordance with the Stipulation for Judgment attached hereto, Plaintiff Mediabids.com, Inc. and Defendant Empire Solutions, Inc. (hereinafter "Defendant") requested, and this Court approved, an amendment of the prior Judgment to incorporate the terms of said Stipulation for Judgment into the foregoing record of this proceeding.

2) The Stipulation for Judgment imposed several obligations and conferred certain rights on Defendant. Primary among these was the obligation to make payment to Plaintiff of the agreed sum of $3,000 on or before July 1, 2003 and an additional $1,000 per month beginning on August 1, 2003 and ending on April 1, 2004. Defendant has tendered, and Plaintiff has accepted, these payments in full satisfaction of Defendant's payment obligations under the Stipulation for Judgment.

3) Additionally, Defendant was required to deliver certain equipment to Plaintiff, or, failing such delivery, to make payment to Plaintiff of the fair market value of any undelivered equipment together with its August 2003 payment. Defendant delivered the equipment in its possession to Plaintiff, and paid Plaintiff the fair market value of the undelivered equipment not in its possession along with its August 2003 payment to Plaintiff. Plaintiff accepted this payment without objection at the time of its tender.

4) The Stipulation for Judgment also contained various provisions to secure payment of the sums required by said Stipulation. Defendant delivered the Security Agreement and list of receivables called for by the agreement; to the extent Defendant has not provided updates to such listings, full payment of the sums called for by the Stipulation for Judgment has mooted that obligation.

5) Finally, the Stipulation for Judgment provides for the making of this Motion by Defendant, on or after April 1, 2004, to void the stipulated Judgment upon performance of its obligations thereunder. Inasmuch as Defendant has delivered, and Plaintiff has accepted, all money and property called for by the Stipulation for Judgment, it is submitted that the voiding of said Judgment is necessary and appropriate at this time.

Dated: April 9, 2004

Raymond C. Stilwell, Esq.,
ADAIR KAUL MURPHY
AXELROD & SANTORO LLP
17 Beresford Court
Williamsville, N.Y. 14221
Tel: 585.248.3800
Fax: 585.248.4961
Email: rcstilwell@adairlaw.com
Juris No. CT 23283

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEDIABIDS.COM, INC. | ) | |
| | ) | |
| Plaintiff | ) | 3:01CV708 (AWT) (DFM) |
| | ) | |
| v. | ) | |
| | ) | |
| EMPIRE SOLUTIONS, INC. AND | ) | |
| DELL COMPUTER CORPORATION | ) | |
| | ) | |
| Defendants | ) | June 26, 2003 |

## STIPULATION FOR JUDGMENT

IT IS HEREBY STIPULATED AND AGREED, by and between MEDIABIDS.COM, INC.,, plaintiff in the above-entitled action (hereinafter "plaintiff") and EMPIRE SOLUTIONS, INC. (hereinafter "defendant") that the above proceeding shall be settled, and judgment shall be entered, in accordance with the following terms and conditions:

1.  Judgment shall enter in favor of the Plaintiff in the amount of $100,000.

2.  Defendant may discharge all obligations arising from this judgment as follows:

    a.  Defendant shall pay Plaintiff the amount of $3,000 on or before July 1, 2003, receipt of which is acknowledged by plaintiff;

    b.  Defendant shall further pay the amount of $1,000 per month, on or before the first of each month, beginning on August 1, 2003 and ending on April 1, 2004;

    c.  Defendant shall cause the following computer hardware at issue in this case in its possession to be shipped to Plaintiff, at Defendant's cost and expense, by July 5, 2003: Five (5) Dell 2450 servers; One (1) Dell 6450 Server; and One (1) Dell storage unit. Any of such hardware items not in Empire's possession shall be replaced and delivered to plaintiff at Defendant's cost and expense by July 31, 2003, or the current fair market value of such items delivered as part of defendant's August 2003 payment.

d.  Defendant shall execute a security agreement (attached) in favor of Plaintiff on all accounts receivable existing, or created in the future, in favor of Defendant. Defendant shall cause all documents necessary to perfect such lien to be filed, at its own cost and expense, in accordance with the laws of the State of New York on or before July 31, 2003;

e.  Defendant shall further provide Plaintiff with a list of accounts receivable on July 1, 2003, November 1, 2003, and March 1, 2003 including the amount of debt, and the address of the debtor with regard to each account receivable.

3.  Plaintiff shall be enjoined from executing upon the judgment amount set forth in paragraph one unless and until Defendant fails to perform its obligations set forth in paragraph two an Plaintiff has sent written notice of said failure to Defendant and Defendant's counsel with 10 days opportunity to cure.

4.  Defendant may, after April 1, 2004, seek to vacate or void this judgment, in its discretion, upon a showing that it performed its obligations set forth in paragraph 2.

FOR THE PLAINTIFF

BY_____/s/_____
Michael C. Stumo, Esq.
STUMO & MILLERON, LLC
95 Main Street
P.O. Box 761
Winsted, CT 06098
Tel: 860.379.6199
Fax: 208.441.5092
Email: stumo.and.milleron@snet.net
Juris No. CT 14808

FOR THE DEFENDANT

BY_____/s/_____
Raymond C. Stilwell, Esq.,
ADAIR KAUL MURPHY
AXELROD & SANTORO LLP
17 Beresford Court
Williamsville, N.Y. 14221
Tel: 585.248.3800
Fax: 585.272.8280
Email: rcstilwell@adairlaw.com
Juris No. CT 23283

MEDIABIDS.COM, INC.                          )
                                             )
                Plaintiff                    )        3:01CV708 (AWT) (DFM) **FILED**
                                             )
v.                                           )
                                             )
                                             )        2004 APR 14 A 11: 14
EMPIRE SOLUTIONS, INC. AND                   )
DELL COMPUTER CORPORATION                    )        U.S. DISTRICT COURT
                                             )        HARTFORD, CT.
Defendants                    )

     I, RAYMOND C. STILWELL, certify that I am, and at all times during the service herein, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on April 10, 2004, I served copies of the within Motion by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Michael C. Stumo, Esq.
STUMO & MILLERON, LLC
95 Main Street
P.O. Box 761
Winsted, CT 06098


     Under penalty of perjury, I declare that the foregoing is true and correct.


_____
Raymond C. Stilwell