UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 23 P 1:46

| | | |
|---|---|---|
| MEDIABIDS.COM, INC. | ) | |
| Plaintiff | ) | 3:01CV708 (AWT) (DFM) |
| v. | ) | |
| EMPIRE SOLUTIONS, INC. AND DELL COMPUTER CORPORATION | ) | |
| Defendants | ) | April 12, 2004 |

## AFFIDAVIT

I hereby depose and say, under penalty of perjury, that:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am counsel for the plaintiff in this action, and have personal knowledge of the facts stated herein.

3. The Defendant never filed the necessary documents to perfect the lien arising from security agreement attached to the Stipulation for Judgment as required by the Stipulation in paragraph 2(d).

4. The Defendant never provided me with a list of accounts receivable including the amount of debt or the address of the debtors at any time pursuant to paragraph 2(e) of the Stipulation.

5. Pursuant to paragraph 3 of the Stipulation for Judgment, I drafted and sent a Notice of Default to the Defendant's president, Michael Marcellus, and to defense counsel, Raymond Stilwell, outlining a detailed list of failures to comply with the Stipulation for Judgment, providing a 10 day opportunity to cure. The letter was sent via certified mail. Each recipient signed the certifications of receipt attached.

6. The Defendant never attempted to cure the violations of its obligations at any time after said letter was sent.

95 Main Street　　　　　　　　**Stumo & Milleron, LLC**　　　　　　　Tel: 860.379.6199
P.O. Box 761　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 208.441.5092
Winsted, CT 06098　　　　　　　　　　　　1　　　　　　　　　　　　Juris No. CT 14808

7. I have attached true and accurate copies of the following documents as exhibits:

Exhibit 1: The Stipulation for Judgment including the attached security agreement (note that defense counsel did not attach the security agreement);

Exhibit 2: The Notice of Failure to Perform Obligations of Stipulation of Judgment with attachments; and

Exhibit 3: Signed certifications by Raymond Stilwell and Michael Marcellus acknowledging delivery.

Michael C. Stumo
Counsel for the Plaintiff

Subscribed and sworn to before me this 22th day of April, 2004

Charlene Lavoie, Esq.
Commissioner of the Superior Court

95 Main Street
P.O. Box 761
Winsted, CT 06098

**Stumo & Milleron, LLC**

2

Tel: 860.379.6199
Fax: 208.441.5092
Juris No. CT 14808