UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MEDIABIDS.COM, INC. | ) |
| Plaintiff | ) 3:01CV708 (AWT) (DFM) |
| v. | ) |
| EMPIRE SOLUTIONS, INC. AND DELL COMPUTER CORPORATION | ) |
| Defendants | ) April 12, 2004 |

## AFFIDAVIT

I hereby depose and say, under penalty of perjury, that:

1. I am over the age of 18 and understand the obligations of an oath.

2. I have personal knowledge of the facts stated in this affidavit.

3. I am the president of the plaintiff, Mediabids.com, Inc.

4. Except as described below, Mediabids.com, Inc. never received the computer hardware at issue in this case.

5. However, on August 1, 2003, we received a Dell Power Edge 2450 server from the defendant, Empire First fka Empire Solutions, Inc. (Empire). There was no documentation or correspondence with the delivery. We assumed that this server is one of the hardware items at issue in this case and subject to the Stipulated Judgment.

6. The server was not used by us or turned on for a considerable period of time.

7. On or about January 30, 2004, we attempted to use the server. The server would not boot up. Upon further inspection, we discovered that the memory, or RAM, had been removed from the server.

8. The server shipped by the defendant was, as a result, nonfunctional.

9. I personally viewed the Dell website which allows me to type in the serial number of the server to determine the hardware it contained when it was shipped. The Dell

website showed that the server was shipped with 2 gigabytes of RAM on February 20, 2001. This date corresponds with the date of original shipment in relation to the transaction giving rise to this case.

10. We never received any payment for fair market value of the computer hardware.

11. The Defendant never filed the necessary documents to perfect the lien arising from the Stipulation for Judgment as required by the Stipulation in paragraph 2(d).

12. The Defendant never provided me with a list of accounts receivable including the amount of debt or the address of the debtors at any time pursuant to paragraph 2(e) of the Stipulation.

13. I caused my attorney to send a Notice of Default to the Defendant relating to these failures and I understand that this notice has accompanied the objection to the Defendant's motion to void the judgment.

14. The Defendant never attempted to cure the violations of its obligations.

Jedd Gould
President, Mediabids.com, Inc.

Subscribed and sworn to before me this 12th day of April, 2004

Michael C. Stumo, Esq.
Commissioner of the Superior Court

95 Main Street
P.O. Box 761
Winsted, CT 06098

**Stumo & Milleron, LLC**

2

Tel: 860.379.6199
Fax: 208.441.5092
Juris No. CT 14808