# ADAIR, KAUL, MURPHY, AXELROD & SANTORO, LLP
ATTORNEYS AND COUNSELORS AT LAW

Raymond C. Stilwell     300 Linden Oaks • Suite 220 • Rochester, New York 14625-2883
Telephone: 585/248-3800 • Fax: 585/248-4961
E-mail: rcstilwell@adairlaw.com

Please reply to:
Rochester

October 22, 2004

**RECEIVED**

OCT 25 2004

U.S. DISTRICT COURT
HARTFORD, CONN.

Clerk, US District Court
450 Main Street
Hartford, CT 06103

Re: Mediabids v. Empire Solutions et al
Case No. 3:01-cv-00708-DFM

Our motion to void judgment in this matter was scheduled for oral argument on October 28, 2004 before Judge Martinez. In the course of notifying our client of this proceeding, I experienced difficulty reaching a client representative. I have now been informed that the defendant has discontinued its business operations and has no basis for proceeding with the prosecution of its motion.

Accordingly, our motion may be withdrawn from the Court's calendar. Please advise if any additional documentation is needed to complete this process.

Very truly yours,

Raymond C. Stilwell

RCS\
Enc.
xcs:
Michael Stumo, Esq.
PO Box 761
Winsted, CT 06098

Mark Broyles, Esq.
1800 First Federal Plaza
Rochester, NY 14614

Buffalo Office: The Law Center, 17 Beresford Court, Williamsville, NY 14221 • Phone (716)634-8307• Fax (716)839-0714

[Handwritten margin note: The Clerk shall docket this letter. So ORDERED. 10/25/04. /s/ 2184]

Activity has occurred in the following cases:

**3:01-cv-00708-DFM Mediabids.com, Inc v. Empire Solutions, et al**
**Calendar Entry 76**

**Docket Text:**
NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. Oral Argument on the Defendant's Motion to Void Judgment (doc.#71) is scheduled for October 28, 2004 at 9:30 a.m. in East Courtroom-450 Main Street, Hartford before Judge Donna F. Martinez. (Wood, R.)